```
ALDON L. BOLANOS, ESQ., SBN. 233915
XAVIER J. VILLEGAS, ESQ., SBN. 293232
700 E STREET
SACRAMENTO, CA 95814
PH.  916.446.2800
FX.  916.446.2828
www.aldonlaw.com
```

Attorneys for Plaintiff Tina DIAMOS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tina DIAMOS,<br><br>Plaintiff,<br><br>vs.<br><br>Specialized Loan Servicing, LLC, Does 1-5,<br><br>Defendant. | Case No. 3:13-CV-04997-NC<br><br>**STIPULATION TO CONTINUE HEARING AND EXTEND TIME ON BRIEFING SCHEDULE AND [~~PROPOSED~~] ORDER**<br><br>Date: February 5, 2015<br>Time: 1:00 p.m.<br>Dept: Courtroom A, 15th Floor |

There is a hearing in this matter scheduled for February 5, 2015, at 1:00 p.m., in Courtroom A, 15th Floor. The parties stipulated to continue this matter to March 4, 2015, at 1:00 p.m., in Courtroom A, 15th Floor. The parties further stipulated to extend the time on the briefing schedule to the following:

 Plaintiff's opposition brief due: January 20, ~~2014~~ 2015;

 Defendant's reply brief due: February 10, ~~2014~~ 2015.

1

Therefore, it is hereby stipulated that the hearing is taken off-calendar and that it be rescheduled for March 4, 2015, at 1:00 p.m., on said date that is also convenient for the Court as confirmed by the Court's clerk.

So Stipulated.

Date: December 24, 2014

Law Offices of Aldon L. Bolanos

*/s/ Aldon L. Bolanos, Esq.*

Aldon L. Bolanos, Esq.

**Attorneys for**
**TINA DIAMOS**

Dated: December 24, 2014

WRIGHT, FINLAY & ZAK, LLP

*/s/ Ronald M. Arlas, Esq.*

Ronald M. Arlas, Esq.

**Attorneys for**
**SPECIALIZED LOAN SERVICING, LLC**

Dated: December 24, 2014

**Order**

Good cause appearing, the hearing in this matter scheduled for February 5, 2015 is hereby continued. The new hearing on this matter shall be on:

March 4, ~~2014~~ 2015, at 1:00 p.m., in Department A, 15th Floor.

It is so ordered.

_____

Honorable Nathanael M. Cousins

**United States Magistrate Judge**



GRANTED
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**CERTIFICATE OF SERVICE**
*Diamos v. Specialized Loan Servicing, LLC*
*United States District Court*
*Northern District of California Case No.* 3:13-CV-04997-NC

I am a citizen of the United States and employed in the County of Sacramento. I am over the age of eighteen years and not a party to the within entitled action. My business address is 700 E Street, Sacramento, CA 95814.

On the date listed below, I served a copy of the following document(s):

**STIPULATION TO CONTINUE HEARING AND EXTEND TIME ON BRIEFING SCHEDULE AND [PROPOSED] ORDER**
On the parties in said action by a placing a true copy thereof attached by electronic mail addressed to **rarlas@wrightlegal.net**

Ronald M. Arias, Esq.
WRIGHT, FINLAY & ZAK, LLP
907 Sir Francis Drake Blvd.
Kentfield, CA 94904
Tel.: (415) 230-4350
Fax.: (415) 255-0370
**rarlas@wrightlegal.net**

**Attorneys for Defendant**

**BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM:** In accordance with the electronic filing procedures of this Court, service has been effected on the parties above, whose counsel of record is registered participant of CM/ECF, via electronic service through the CM/ECF system.

**FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 24, 2014 at Sacramento, California

/s/ Aldon L. Bolanos, Esq.

4