UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA DIAMOS,<br><br>    Plaintiff,<br><br>    v.<br><br>SPECIALIZED LOAN SERVICING, LLC,<br><br>    Defendant. | Case No. 13-cv-04997-NC<br><br>**NOTICE OF DEFICIENCY**<br><br>Re: Dkt. No. 59 |

The Court has not received plaintiff Diamos' opposition or statement of non-opposition to defendant SLS's motion to dismiss Diamos' Fourth Amended Complaint. The opposition was due April 23, 2015. Plaintiff must respond by 5:00 p.m. on May 4, 2015.

**IT IS SO ORDERED.**

Dated: May 1, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.: 13-cv-04997-NC