# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA DIAMOS,<br><br>        Plaintiff<br><br>    vs.<br><br>SPECIALIZED LOAN SERVICING, LLC, et al.,<br><br>        Defendants. | Case No.  3:13-CV-04997-NC<br><br>**ORDER CONTINUING DATE FOR CASE MANAGEMENT CONFERENCE**<br><br>Date:  July 1, 2015<br>Time: 10:00 a.m.<br>Place: Courtroom A, Fifteenth Floor |

Pursuant to the Stipulation of counsel for plaintiff and defendants, this Court finds good cause to continue the Case Management Conference currently set for 10:00 a.m. on July 1, 2015 to July 8, 2015 in Courtroom 7, 4th Floor, San Jose. In addition, an Amended Joint Case Management Statement shall now be due no later than July 1, 2015.

Dated:  June 17, 2015

_____
Nathanael M. Cousins
United States Magistrate Judge

