UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA DIAMOS,<br><br>        Plaintiff,<br><br>    v.<br><br>SPECIALIZED LOAN SERVICING LLC,<br><br>        Defendant. | Case No. 13-cv-04997 NC<br><br>**ORDER SETTING SCHEDULE ON DEFENDANT'S MOTION TO SHORTEN TIME**<br><br>Re: Dkt. No. 100 |

Defendant SLS moves to shorten time on anticipated motions for sanctions. Relying on SLS's representation that the motions are "all prepared and can be filed promptly," it is ORDERED that SLS file the motions for sanctions "promptly" and no later than December 30, 2015. Plaintiff must respond to the motion to shorten time by January 4, 2016. If plaintiff does not oppose the motion to shorten time, the parties should confer and stipulate to a briefing and hearing schedule on the motions for sanctions.

If, as SLS's counsel anticipates, new counsel will be appearing for plaintiff, that counsel should file an appearance as soon as possible to avoid any prejudice to plaintiff.

Finally, the Court is concerned by the information conveyed by SLS about Mr. Dauterman, and hopes it is incorrect. The Court's deputy will seek additional information.

**IT IS SO ORDERED.**

Dated: December 28, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 13-cv-04997 NC