AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District | District of | California

TINA DIAMOS

        Plaintiff (s),

V.

SPECIALIZED LOAN SERVICING,

        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:13-cv-04997-NC

Notice is hereby given that, subject to approval by the court, **Plaintiff Tina Diamos** substitutes
(Party (s) Name)

**Matthew Mellen**, State Bar No. **233350** as counsel of record in
(Name of New Attorney)

place of **Shafeeq Sadiq**.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Mellen Law Firm
    Address: 411 Borel Ave., Ste. 230, San Mateo, CA 94402
    Telephone: (650) 638-0120     Facsimile (650) 638-0125
    E-Mail (Optional): email@mellenlawfirm.com

I consent to the above substitution.
Date: 1/11/16
(Signature of Party (s))

I consent to being substituted.
Date: 1-11-16
SHAFEEQ SADIQ
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 1-11-16
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: January 12, 2016

**GRANTED**
Judge Nathanael M. Cousins

[Note: A separate consent order of substitution must be filed by each new attorney.]