UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA DIAMOS,<br><br>           Plaintiff,<br><br>      v.<br><br>SPECIALIZED LOAN SERVICING, LLC,<br><br>           Defendant. | Case No. 13-cv-04997 NC<br><br>**ORDER REQUIRING BOLANOS' ATTORNEY TO FILE NOTICE OF APPEARANCE**<br><br>Re: Dkt. No. 120 |

The Court has retained jurisdiction over a sanctions motions as against plaintiff Diamos' attorney Bolanos. At docket 120 of the record, a document entitled "Declaration of Aldon Bolanos in Opposition to Motion for Sanctions and for Protective Order," was uploaded to the Court's Electronic Case Files (ECF) system by William Munoz.

According to Local Rule 5-1(c)(2), any attorney appearing in the case must file a notice of appearance. Mr. Munoz must therefore file a notice of appearance in the case by February 25, 2016.

**IT IS SO ORDERED.**

Dated: February 22, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 13-cv-04997 NC